UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ZACKARY DANIEL COBB | CASE NO. 6:23-CV-01118 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LAKEVIEW LOAN SERVICING, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, this case is REMANDED to the 15th Judicial District Court for the Parish of Lafayette, Louisiana.

Signed at Lafayette, Louisiana, this 1st day of November, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE